UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shawn P. Bolan,                                             Civil 06-2969 DSD/FLN

     Petitioner,

v.                                                           O R D E R

Warden Marty Anderson,

     Respondent.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated December 12, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Respondent's motion to dismiss Petitioner's petition for writ of habeas corpus [#8] is GRANTED.  Petitioner's petition for writ of habeas corpus [#1] is moot because Respondent has given Petitioner the relief that he sought.

DATED: January 3, 2007.          s/David S. Doty
at Minneapolis, Minnesota        JUDGE DAVID S. DOTY
                                            United States District Court